IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01972-REB-MEH

MEADOW HILLS III CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

WESTFIELD INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 5, 2016**.

    For good cause shown, Defendant's Motion for Protective Order Regarding Confidential Information [filed April 1, 2016; docket #17] is **granted**. The proposed Protective Order is consistent with the order issued in *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), which has been approved by this Court. Defendant shall submit a copy of the proposed protective order in useable format to my chambers at hegarty_chambers@cod.uscourts.gov.

    Also before the Court is Defendant's Motion for Protective Order Regarding Appraiser and Umpire Discovery and Testimony, Discovery Regarding any Materials Created after Appraisal was Demanded and In Limine to Preclude Admission of the Appraisal Award at Trial [docket #16]. The Court will deny without prejudice that portion of the motion seeking to preclude admission of evidence, which the Honorable Robert E. Blackburn will adjudicate at the appropriate time, and reserve judgment of the remainder of the motion until after full briefing in accordance with D.C. Colo. LCivR 7.1(d).